DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
KILBY MACFADDEN
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5069
Fax: (702) 388-5087
cristina.silva@usdoj.gov
kilby.macfadden@usdoj.gov

```
 ____ FILED            ____ RECEIVED
 ____ ENTERED          ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

          OCT 19 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
 BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOLDSBY,<br>RUDY REDMOND, and<br>KAILI TUALAU,<br><br>Defendants. | Case No. 2:16-CR- 2 94<br><br>**VIOLATIONS:**<br>18 U.S.C. § 1951(a) – Interference with Commerce by Robbery Conspiracy;<br>18 U.S.C. § 1951 – Interference with Commerce by Robbery;<br>18 U.S.C. § 924(c)(1)(A) – Use and Carry of Firearm in Relation to a Crime of Violence;<br>18 U.S.C. § 2 – Aiding and Abetting |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
### Conspiracy to Interfere with Commerce by Robbery

Beginning on a date unknown, and continuing through on or about October 7, 2016, in the State and Federal District of Nevada,

**JASON GOLDSBY,**
**RUDY REDMOND, and**
**KAILI TUALAU,**

1

defendants herein, did agree and conspire together, to unlawfully obstruct, delay, and affect interstate, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain property, consisting of cash and monies and other property, from EZ Pawn, located at 36 Horizon Ridge Parkway, Henderson, Nevada; a business that affects interstate commerce, from the persons of employees of these businesses, against their will, by means of actual or threatened force and violence; all in violation of Title 18, United States Code, Section 1951.

**COUNT TWO**
**Interference with Commerce by Robbery**

On or about October 7, 2016, in the State and Federal District of Nevada,

**JASON GOLDSBY,**
**RUDY REDMOND and**
**KAILI TUALAU,**

defendants herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain property, to wit: rings, jewelry, gems and other property, from and in the presence of employees of EZ Pawn, a business that affects interstate commerce, located at 36 Horizon Ridge Parkway, Henderson, Nevada, against the will of said employees, by means of actual and threatened force, physical violence, and fear of injury to the person of said employees, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT THREE
### Brandishing a Firearm in Furtherance of a Crime of Violence

On or about October 7, 2016, in the State and Federal District of Nevada,

**JASON GOLDSBY,**
**RUDY REDMOND, and**
**KAILI TUALAU,**

defendants herein, during and in relation to a crime of violence alleged in Count Two of this Indictment, knowingly and intentionally used and carried a firearm to wit: a .380 caliber Jimenez, with the serial number 341575, and said firearm was brandished, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii), and Title 18, United States Code, Section 2.

**DATED:** this 19th day of October, 2016.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

CRISTINA SILVA
KILBY MACFADDEN
Assistant United States Attorneys

3