UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-294 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| JASON GOLDSBY, et al., | |
| Defendant(s). | |

On July 19, 2017, defendant Rudy Redmond filed an unopposed motion for the United States Department of Probation's preparation of a pre-plea presentence report. (ECF No. 48). Defendant requests this report be done "to determine if his prior convictions will trigger the sentencing enhancements pursuant to the Armed Career Criminal Act, 18 U.S.C. § 924(e)(1) or the career offender provision in the Sentencing Guidelines." (*Id.* at 2).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion (ECF No. 48) be, and the same hereby is, GRANTED.

DATED August 24, 2017.

_____
UNITED STATES DISTRICT JUDGE