# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUDY REDMOND,<br><br>        Defendant. | 2:16-cr-00294-JCM-VCF<br>**ORDER** |

    Before the Court is the Motion to Withdraw and for Appointment of New Counsel (ECF No. 57).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw and for Appointment of New Counsel (ECF No. 57) is scheduled for 11:00 AM, September 18, 2017, in Courtroom 3D.

    The U.S. Marshal is directed to transport defendant to and from the hearing.

    DATED this 12th day of September, 2017.

                                                                                    CAM FERENBACH<br>
                                                                                   UNITED STATES MAGISTRATE JUDGE