FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 18 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00294-JCM-VCF-2 |
| vs. | |
| RUDY REDMOND, | |
| Defendant. | **ORDER** |

On September 18, 2017, this Court granted the Motion to Withdraw as Attorney (doc. 57).

Accordingly, IT IS HEREBY ORDERED that MICHAEL J. MICELI, is APPOINTED as counsel for Rudy Redmond in place of Lance J. Hendron's Office for all future proceedings.

Lance J. Hendron's office shall forward the file to Mr. Miceli forthwith.

DATED this 18TH day of September, 2017.

UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE