# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON GOLDSBY, RUDY REDMOND,

    Defendants.

2:16-cr-00294-JCM-VCF

**ORDER**

Before the Court are Defendant Jason Goldsby's Motion to Suppress any and All Evidence Obtained by Warrantless Search of Cell Phone Including All Evidence Obtained as Fruits of the Search (ECF No. 90) and Defendant Rudy Redmond's Motion to Suppress (ECF No. 91).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Jason Goldsby's Motion to Suppress any and All Evidence Obtained by Warrantless Search of Cell Phone Including All Evidence Obtained as Fruits of the Search (ECF No. 90) and Defendant Rudy Redmond's Motion to Suppress (ECF No. 91) is scheduled for 1:00 PM, March 5, 2018, in Courtroom 3D.

The U.S. Marshal is directed to transport defendants Goldsby and Redmond to and from the hearing.

DATED this 21st day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE