# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUDY REDMOND,<br><br>　　　　Defendant. | 2:16-cr-00294-JCM-VCF<br>**ORDER** |

Before the Court is Defendant Rudy Redmond's Joinder to Defendant Jason Goldsby's Reply to Government's Response to Defendant's Motion to Dismiss (ECF No. 103).

On February 22, 2018, the Court entered a Report and Recommendation on Defendant Jason Goldsby's Motion to Dismiss Counts Six, Eight, Ten, Twelve, and Fourteen of Superseding Indictment (ECF No. 88).

Accordingly,

IT IS HEREBY ORDERED that Defendant Rudy Redmond's Joinder to Defendant Jason Goldsby's Reply to Government's Response to Defendant's Motion to Dismiss (ECF No. 103) is DENIED as MOOT.

DATED this 2nd day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE