# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUDY REDMOND,<br><br>        Defendant. | 2:16-cr-00294-JCM-VCF<br>**ORDER** |

Before the Court is Defendant's Motion to Suppress (ECF No. 106).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant's Motion to Suppress (ECF No. 106) is scheduled for 1:00 PM, April 9, 2018, in Courtroom 3D.

DATED this 26th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE