**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:16-CR-294-JCM-VCF |
| RUDY REDMOND, | **ORDER** |
| Defendant. | |

Before the court is Defendant Redmond's Motion For Leave To File Motion Under Seal (ECF No. 242).

Local Rule IA 10-5 explains that a party may file a document with the court under seal if accompanied by a motion for leave to file the document under seal.

The sealed document at issue has not been filed on the docket for the court to review.

Accordingly,

IT IS HEREBY ORDERED that is Defendant Redmond's Motion For Leave To File Motion Under Seal (ECF No. 242) is DENIED without prejudice.

DATED this 19th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE