RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Rudy Redmond

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUDY REDMOND,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00294-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Benjamin Shiver, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Rudy Redmond, that the Revocation Hearing currently scheduled on April 21, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties are negotiating a resolution of this matter and require additional time to finalize it.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1 |     This is the second request for a continuance of the revocation hearing.

2 |     DATED this 7th day of April, 2025.

3

4 | RENE L. VALLADARES      SIGAL CHATTAH
Federal Public Defender      United States Attorney

5

6

By /s/ Rick Mula      By /s/ Benjamin Shiver

7 | RICK MULA      BENJAMIN SHIVER
Assistant Federal Public Defender      Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUDY REDMOND,<br><br>　　　　Defendant. | Case No. 2:16-cr-00294-JCM-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 21, 2025 at 10:30 a.m., be vacated and continued to **Monday, June 23, 2025** at the hour of **10:00 a.m.**

　　DATED April 9, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3